FILED
APR 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1250-BTM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 18, U.S.C., Sec. 1544- |
| ELSA BARRERA MALDONADO, | ) | Misuse of Passport (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 24, 2008, within the Southern District of California, defendant ELSA BARRERA MALDONADO, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Gilda Romo Sigala, a United States citizen, knowing full well that she was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: 4/10/08 .

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml:4/2/08