AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR 2 2 2008

CLERK, U.S. DISTRICT COURT
CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

ELSA BARRERA MALDONADO

CASE NUMBER: _08 CR 1250 BTM_

I,  ELSA BARRERA MALDONADO , the above named defendant, who is accused of violating

Title 18, U. S. C.,  Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the

proposed information, and of my rights, hereby waive in open court on _4-22-08_ prosecution

by indictment and consent that the proceeding may be by information rather than by indictment.

_Elsa Barrera Maldonado._
ELSA BARRERA MALDONADO
Defendant

_Howard B. Frank_
HOWARD B. FRANK
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

JDM:lml:4/2/08